RECEIVED

DEC 2 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENIA GALLO, ET AL. | MISC. CASE NO. 16-mc-87 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Eugenia Gallo, as Special Administrator and Derivative; Bruce Krestar, Brian Krestar, Kathleen Krestar Myers, Richard Krestar, Brenda Krestar and Cheryl Krestar, as Derivative Claimants of the Estate of Kenneth Krestar, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 20th day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE